UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                       :         SEALED
                                          INDICTMENT

MAURICE U. JONES,                   :         07 Cr. 1174 (KMK)
    a/k/a "Daniel U. Jones,"
                                 :

         Defendant.
                                 :
- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about May 25, 2007, in the Southern District of New York, MAURICE U. JONES, a/k/a "Daniel U. Jones," the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about September 16, 1996, in Westchester County Court, for robbery in the third degree, a Class D felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm and ammunition, to wit, an Intratec AB-10 9mm pistol and 8 9mm Luger rounds of ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____        _____
FOREPERSON                               MICHAEL J. GARCIA
                                             United States Attorney