

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 10, 2008

BY HAND

The Honorable George A. Yanthis
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Maurice U. Jones, a/k/a "Daniel U. Jones",
             07 Cr. 1174

Dear Judge Yanthis:

      The United States hereby requests that the indictment in the above-captioned case be unsealed, because the defendant was arrested this morning. Thank you very much for your assistance in this matter.

                    Respectfully Submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

      By:    *[signature]*
                    Nola B. Heller
                    Assistant United States Attorney
                    (914) 993-1939

APPLICATION GRANTED
SO ORDERED: *[signature]*
GEORGE A. YANTHIS, USMJ
1/10/08