Sealed

ORIGINAL

CR-12 (Rev. 5/03)

## WARRANT FOR ARREST

# United States District Court

**DISTRICT**
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

MAURICE U. JONES,
a/k/a "Daniel U. Jones"

| DOCKET NO | MAGISTRATE'S CASE NO |
|---|---|
| 7CR1174 | |

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

MAURICE U. JONES,
a/k/a "Daniel U. Jones"

**WARRANT ISSUED ON THE BASIS OF:**
X Indictment   ☐ Information   ☐ Order of Court   ☐ Complaint

**DISTRICT OF ARREST**

**CITY**

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Felon in possession of a firearm

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 922(g) |

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|

**ORDERED BY**
SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)
George A. Yanthis
**DATE ORDERED**
12/18/07

**CLERK OF COURT**
(BY) DEPUTY CLERK
**DATE ISSUED**
12/18/07

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED**

**NAME AND TITLE OF ARRESTING OFFICER**
Michael Burke S/A ATF

**SIGNATURE OF ARRESTING OFFICER**

**DATE EXECUTED**
1/10/08

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.